FILED
03/11/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF <u>Indiana</u>
<u>Terre Haute Division</u>

(Full name of plaintiff(s))

<u>Adans Terry T. Jr.</u>

vs

(Full name of defendant(s))

<u>Jerricha Meeks, Stoopy, Davis,
Frank Vanchill, Keith Vinardi,
Office of Investigation Intelligence, IA</u>

Case Number:

2:24-cv-085-JPH-MG

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of <u>Indiana</u>, and is located at
   (State)

   <u>Wabash Valley Correctional Facility 6908 S. Old US HWY 41
   Carlisle IN, 47838</u> (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant <u>Meeks, Stoopy, Davis, Vanchill, Vinardi, O.I.I., IA</u>
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of _Indiana_

(State, if known)

and (if a person) resides at _6908 S. Old U.S._

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Correctional Facility Employee OII/IA_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On my arrival to CCU/segregation on 3/17/23, I had been giving 9 months to serve due to a: B219, Possession of Escape Paraphernalia, B231 Intoxicating Substances, and an A106, Substance Possess Dangerous/Deadly Contraband/Prop. I received them 3/14/23. My segregation time ended 12/4/23 according to my (DWRH) Review. After the day of 12/4 I wrote a numerous amount of request slips to the counselor about me leaving to population to the point where "transferring facilities" was an option. On 12/22/23 there was a (DWRH) Review I received that stated, "1.1. D/S time ended 12/04/23. Per OII he is to remain ARSH due to 5 conduct reports while in CCU. 1.1. has been working on communications

Complaint - 2

skills and how he responds to situations. He has been conduct clear since 3/14/23. He will be submitted again next month to see if eligible for removal from ARSH, J. Meeks." So obviously there was a mistake somewhere made by someone in this "system" of case management saying that I received these conduct reports. Since I've been in CCU, the only issues that I've had has been mentally. I suffer from P.T.S.D. and depression but haven't been diagnosed. I've submitted requests numerous of times to speak to the "Doctor"/Burns to be diagnosed but haven't met him. I feel that this is in violation of my 8th ammendment due to cruel & unusual punishment, "mental health being my mitigating factor", and an "hardship the of carrying out my sentence due to "false charts". It also states in many other cases that "Dkt. 157 at 15 ("Prison officials may not use past events alone to justify indefinite confinement"). So I was denied meaningful reviews while on DWRSH/ARSH. Being in the "hole" this extended period of time has caused me to have suicidal feelings or just simply feelings of death. I'm permitted to test "once a year" due to my religion. This segregation unit has no programs or usual services to attend to, that brings inmates a sense of peace & motivation as it does in population. I have been told from my case worker that they "as in treatment/case management team" are recommending population due to being a "year" clear, only after I put in grievances.

C.   JURISDICTION

☐  I am suing for a violation of federal law under 28 U.S.C. § 1331.
         OR

☑  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 85,000 .

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

If winning my lawsuit is in my future, I would be satisfied with no less than the amount 50-65 thousand dollars to my name. This will make up for all the money I "could have" spent in population on things that I'm not able to receive in CCU. This will also help me pay for things that will help support and better my future past being released from incarceration. If my voice "can be heard", I would love for there to be a solution to the problems that not only I have witnessed and been inflicted upon but many others, due to abuse of power & authority. Many others are being held under "O.I.T" and have not been given the opportunity to speak for themselves and have been violated of all their rights as to someone being held constantly under investigation.

E.   JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
   OR
☑ Court Trial – I want a judge to hear my case

Dated this 21st day of February 20 24.

Respectfully Submitted,

*Jerry Adams*
Signature of Plaintiff

#273394
Plaintiff's Prisoner ID Number

Indiana Department Of Correction Wabash Valley Correctional Facility
6908 S. Old U.S Hwy 41 Carlisle, IN 47838
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☑ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.